**In the High Court of New Zealand**
**Auckland Registry**

CIV 2011-404-7212

| | |
|---|---|
| Under | the Criminal Proceeds (Recovery) Act 2009 |
| Between | **Commissioner of Police** |
| | Applicant |
| And | **Allen Bryan Cho** of flat 7G, 205 Hobson Street, Auckland Central, Auckland |
| | Respondent |

# Orders extending restraining orders

14 February 2017




**MEREDITH CONNELL**

**Brian Dickey**
Crown Solicitor at Auckland

M Harborow | L Fraser
PO Box 90750, Victoria Street West, Auckland 1142
DX CP24063
T: +64 9 336 7500
luke.fraser@mc.co.nz

# Orders extending restraining orders

**To:** the Registrar;

**And to:** the respondent;

**And to:** Hyun Cho;

**And to:** Kang Cho;

**And to:** the Official Assignee.

1. The application to extend restraining orders (dated 24 January 2017) filed by the Commissioner of Police (**Commissioner**) and the joint memorandum of counsel filed by the Commissioner and counsel for the respondents (dated 14 February 2017) were considered by the Honour Justice Palmer, in chambers, at the High Court at Auckland on 14 February 2017.

2. As a result of that consideration, the Court made the following orders, by consent, pursuant to s 41 of the Criminal Proceeds (Recovery) Act 2009:

   (a) The restraining orders made in this proceeding, as aligned and extended by the Honourable Justice Muir on 22 February 2016, are extended for a further period of one year, so that they expire, unless further extended, on 18 February 2018.

**Date:** 14 February 2017

**Signature:** *[signed]*
Registrar | Deputy Registrar
A.T. MITCHELL

**Sealed:**